MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    James.C.Mann@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> NATHANIEL YANCEY, <br><br>    Defendant. | No. CR-12-00777 SC <br><br> STIPULATED REQUEST TO SET HEARING AND EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT AND [~~PROPOSED~~] ORDER |

On November 20, 2013, Nathaniel Yancey was convicted following a jury trial of possession of marijuana, in violation of Title 21, United States Code, Section 844, and being a felon in possession of a firearm and ammunition, in violation of Title 18, United States Code, Section 922(g). The jury did not reach a verdict with respect to the remaining charges: (1) Possession with intent to distribute marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D); and (2) possession of a firearm in furtherance of a drug-trafficking crime, in violation of Title 18, United States Code, Section 924(c). At that time, defendant reserved his right to file a motion for judgment of acquittal and a motion for new trial pursuant to Federal Rules of Criminal Procedure 29 and 33.

STIPULATED REQUEST TO SET HEARING AND EXCLUDE TIME AND [PROPOSED] ORDER
CR-12-00777 SC

The parties request that this Court set this matter for a motion setting/trial setting hearing on December 13, 2013 at 10:00 a.m. to set a motion schedule for defendant's motion for judgment of acquittal and a motion for new trial, and to set a trial date for a retrial of the counts upon which the jury did not reach a verdict. The parties also request that the Court extend the deadline for defendant to file a motion for judgment of acquittal and a motion for new trial until the Court sets a briefing and hearing schedule for the same on December 13, 2013. In the meantime, the parties are researching issues related to defendant's motion for judgment of acquittal and a motion for new trial, and issues related to a potential retrial of the counts upon which the jury did not reach a verdict. The parties are also engaging in discussions regarding a potential resolution that would obviate the need for post-trial motions and/or a retrial.

As a result, the parties further request that the Court exclude time between November 25, 2013 and December 13, 2013 under the Speedy Trial Act for effective preparation of counsel, continuity of counsel, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The extension is not sought for delay, and the parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED:  November 22, 2013

MELINDA HAAG
United States Attorney

_____/s/_____  _____/s/_____
JAMES C. MANN                          ISMAIL J. RAMSEY
Assistant United States Attorney       Counsel for Defendant

IT IS HEREBY ORDERED that, good cause having been shown, this matter is set for a motion setting/trial setting hearing on December 13, 2013 at 10:00 a.m. Defendant's time to file a motion for judgment of acquittal and a motion for new trial is extended until the Court sets a briefing and hearing schedule for the same on December 13, 2013. Additionally, time between November 25, 2013 and December 13, 2013 is excluded under the Speedy Trial Act for effective preparation of counsel,

STIPULATED REQUEST TO SET HEARING AND EXCLUDE TIME AND [PROPOSED] ORDER
CR-12-00777 SC

1  continuity of counsel, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for the reasons set forth in
2  the parties' stipulation.

4  DATED: 12/06/2013



STIPULATED REQUEST TO SET HEARING AND EXCLUDE TIME AND [PROPOSED] ORDER
CR-12-00777 SC